FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JAN 13 PM 3: 41

CLERK
- SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN MCNEIL, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-069
)
GARFIELD MOSS, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of January 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA